FILED by **KS** D.C.

Oct 26, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. **21-10015-CR-ALTMAN/REID**

18 U.S.C. § 1956(h)
18 U.S.C. § 1957
18 U.S.C. § 982

UNITED STATES OF AMERICA

v.

NABY TOURE,
    a/k/a "Daouda Toure,"

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### Count 1
### Conspiracy to Commit Money Laundering
### (18 U.S.C. § 1956(h))

From at least as early as in or around February 2020, the exact date being unknown to the Grand Jury, and continuing until at least as late as in or around April 2020, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**NABY TOURE,**
**a/k/a "Daouda Toure,"**

did knowingly and voluntarily combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to engage in monetary transactions affecting interstate and foreign commerce by, through, and to a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1957.

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

All in violation of Title 18, United States Code, Section 1956(h).

### Counts 2-3
### Money Laundering
### (18 U.S.C. § 1957)

On or about the dates specified below as to each count, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

### NABY TOURE,
### a/k/a "Daouda Toure,"

did knowingly engage in and attempt to engage in monetary transactions affecting interstate and foreign commerce by, through, and to a financial institution, in criminally derived property of a value greater than $10,000, such property having been derived from a specified unlawful activity, and knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, as more particularly described in each count below:

| Count | Approximate Date | Financial Transaction |
|---|---|---|
| 2 | March 31, 2020 | Deposit of an $18,600 check drawn on a Wells Fargo Account ending in 2544 into a Santander Business Checking Account ending in 1280. |
| 3 | April 2, 2020 | Deposit of an $17,000 check drawn on a Wells Fargo Account ending in 2544 into a TD Business Simple Checking Account ending in 1318. |

It is further alleged that the specified unlawful activity is conspiracy to commit wire fraud, in violation of Title 18, United States Code, Section 1349, and wire fraud, in violation of Title 18, United States Code, Section 1343.

In violation of Title 18, United States Code, Sections 1957 and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **NABY TOURE, a/k/a "Daouda Toure,"** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Sections 1956 or 1957, as alleged in this Indictment, the defendant shall forfeit to the United States any property, real or personal, involved in such offense, and any property traceable to such property, pursuant to Title 18, United States Code, Section 982(a)(1).

All pursuant to Title 18, United States Code, Section 982(a)(1), and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

_____
FOREPERSON

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
LINDSEY LAZOPOULOS FRIEDMAN
ASSISTANT UNITED STATES ATTORNEY

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

NABY TOURE,
a/k/a "Daouda Toure,"

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

_____ Defendant/

**Court Division:** (Select One)

- [ ] Miami
- [✓] Key West
- [ ] FTL
- [ ] WPB
- [ ] FTP

New defendant(s)  [ ] Yes  [ ] No
Number of new defendants _____
Total number of counts _____

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**
   List language and/or dialect _____

4. This case will take 2.00 days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   I    0 to 5 days        [✓]
   II   6 to 10 days       [ ]
   III  11 to 20 days      [ ]
   IV   21 to 60 days      [ ]
   V    61 days and over   [ ]

   (Check only one)
   Petty        [ ]
   Minor        [ ]
   Misdemeanor  [ ]
   Felony       [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**
   If yes: Judge _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) **No**
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____
   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
Lindsey Lazopoulos Friedman
Assistant United States Attorney
FLA Bar No.     091792

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   NABY TOURE, a/k/a "Daouda Toure"

**Case No:**

Count #: 1

Conspiracy to Launder Money

Title 18, United States Code, Section 1956(h)

*__Max. Penalty:__ 10 years' Imprisonment

Counts #: 2–3

Money Laundering

Title 18, United States Code, Section 1957

*__Max. Penalty:__   10 years' Imprisonment as to each count

*__Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.__